AO 106 Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>691-695 West Baseline Road, Phoenix, Arizona 85041, 4745 East Charles Drive, Paradise Valley, Arizona 85253, a cellular telephone utilizing the phone number 909-767-3488 used by Tony-Khalid SALEM, a cellular telephone utilizing the phone number 602-580-2269 used by Mario Daniel BECERRA, a cellular telephone utilizing the phone number 602-783-4604 used by Freddy GRANADO, a 2023 black Dodge Ram 1500 displaying Arizona license plate EWA34S, a 2023 white Interstate West Corporation utility trailer displaying Arizona license plate VLA2FW, a 2015 black Jeep Grand Cherokee displaying Arizona license plate TGA450, and a 2019 gray Chevrolet Silverado displaying Arizona License Plate JHA2DNA, as described in Attachments A1-A9. | Case No.   25-6177MB<br><br>**(Filed Under Seal)** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**As further described in Attachments A1-A9**

located in the District of Arizona, there is now concealed:

**As set forth in Attachments B1-B9.**

The basis for the search under Fed. R. Crim. P. 41(c) is:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code/Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | Material False Statement during the Purchase of a Firearm |
| 18 U.S.C. § 2(a) | Aiding and Abetting |
| 18 U.S.C. § 924(a)(1)(A) | False Statement during the Purchase of a Firearm |
| 18 U.S.C. § 933 | Firearms Trafficking |
| 18 U.S.C. § 1956(a)(1) | Laundering of Monetary Instruments |
| 18 U.S.C. § 371 | Conspiracy |

The application is based on these facts:

**See attached Affidavit of Special Agent Barrett Pluskat**

☒ Continued on the attached sheet.
☐ Delayed notice of __ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>25-6177MB | Date and time warrant executed:<br>04/29/2025 9:00 am | Copy of warrant and inventory left with:<br>Inside listed residence and business |
| Inventory made in the presence of :<br>SA Pluskat | | |

Inventory of the property taken and name of any person(s) seized:

See attached excel spreadsheet for full property inventory.

Cellphone data and computer data as directed by search warrant authorization.

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Barrett Pluskat

Digitally signed by Barrett Pluskat
Date: 2025.06.13 12:12:58 -07'00'

Date:        06/13/2025

_____
*Executing officer's signature*

Barrett Pluskat, ATF Special Agent
_____
*Printed name and title*

Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23095016
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031116
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24030554
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24030595
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23127205
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031109
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074673
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074677
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23127220
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24043645
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074697
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074696
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074684
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074670
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074663
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013434
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074689
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24130744
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24109411
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013440
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24167298
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031120
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074667
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23095018
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24030587
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074669
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074693
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013437
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074675
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074676
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074678
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074692
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074682
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23127208
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013442
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013446
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013445
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24120450
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013443
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013435
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074699
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031123
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074662
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031127

Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24167297
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031101
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031137
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23095015
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24030562
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074698
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24030581
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24030570
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074681
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031111
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074690
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24030567
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24030586
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074688
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013449
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013436
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031143
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074687
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24167292
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074666
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23095011
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074700
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031122
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074695
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23095037
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074685
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24031121
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074679
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013439
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074694
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013418
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013441
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074691
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24167299
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074680
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24014101
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013447
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013444
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013422
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013420
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24130742
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24014103
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074672
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24074674

Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013432
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013430
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013426
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: 762; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX RATTLER; Caliber: MULTI; Type: PISTOL; S/N: 63J030201
Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX RATTLER; Caliber: MULTI; Type: PISTOL; S/N: 63J073503
Firearm; Manufacturer: ZASTAVA; Model: Z-PAP M70; Caliber: 762; Type: RIFLE; S/N: Z70-176329
Firearm; Manufacturer: ZASTAVA; Model: Z-PAP M70; Caliber: 762; Type: RIFLE; S/N: Z70-176753
Firearm; Manufacturer: ZASTAVA; Model: Z-PAP M70; Caliber: 762; Type: RIFLE; S/N: Z70-176243
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2697323
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2683137
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24130749
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24130748
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24130741
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:

Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2684827
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2690713
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2682260
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Max; Caliber: 556; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Omni Hybrid; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX; Caliber: MULTI; Type: PISTOL; S/N: 63J051047
Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX; Caliber: MULTI; Type: PISTOL; S/N: 63J053107
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: PS90; Caliber: 57; Type: RIFLE; S/N: FN165295
Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX; Caliber: MULTI; Type: PISTOL; S/N: 63J073511
Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: PS90; Caliber: 57; Type: RIFLE; S/N: FN165634
Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: PS90; Caliber: 57; Type: RIFLE; S/N: FN165297
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: 556; Type: RIFLE; S/N: DV2690676
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: 556; Type: RIFLE; S/N: DB2677231
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: 556; Type: RIFLE; S/N: DB2680989
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: D82682736
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: 556; Type: RIFLE; S/N: DB2684527
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: PS90; Caliber: 57; Type: RIFLE; S/N: FN165632
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2688752
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2683119
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2697321
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: PS90; Caliber: 57; Type: RIFLE; S/N: FN165633
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2677617
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2687480
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2680624
Firearm; Manufacturer: F-1 Firearms; Model: FDR-15; Caliber: MULTI; Type: RIFLE; S/N: 110-22379
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102397
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2682117
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102402
Firearm; Manufacturer: F-1 Firearms; Model: FDR-15; Caliber: MULTI; Type: RIFLE; S/N: 110-28038
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2688746

Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102399
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102395
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097250
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102401
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2682101
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2677244
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2677765
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2684829
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2971306
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2682106
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097254
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097256
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097248
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097249
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097252
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097255
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097253
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102398
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102403
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097251
Firearm; Manufacturer: FNH USA, LLC; Model: FN 15; Caliber: MULTI; Type: RIFLE; S/N: FNA027325
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV097258
Firearm; Manufacturer: FNH USA, LLC; Model: FN 15; Caliber: MULTI; Type: RIFLE; S/N: FNA027418
Firearm; Manufacturer: FNH USA, LLC; Model: FN 15; Caliber: MULTI; Type: RIFLE; S/N: FNA027315
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2684821
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2682293
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2683200
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2690677
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2209974
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2688407
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102405
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: 15 Guardian; Caliber: MULTI; Type: RIFLE; S/N: FNG031481
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: 9; Type: RIFLE; S/N: JRCV102396
Firearm; Manufacturer: FNH USA, LLC; Model: FN 15; Caliber: MULTI; Type: RIFLE; S/N: FNG031482
Firearm; Manufacturer: FNH USA, LLC; Model: FN 15; Caliber: MULTI; Type: RIFLE; S/N: FNG031200
Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: PX-9 GEN3; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: JUST RIGHT CARBINES, LLC; Model: J R CARBINE; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: PX-57; Caliber: 57; Type: PISTOL; S/N:
Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: PX-9 GEN3; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: PX-57; Caliber: 57; Type: PISTOL; S/N:

Firearm; Manufacturer: GREAT LAKES FIREARMS & AMMO, LLC; Model: GL-15; Caliber: MULTI; Type: PISTOL; S/N:

Firearm; Manufacturer: GREAT LAKES FIREARMS & AMMO, LLC; Model: GL-15; Caliber: MULTI; Type: PISTOL; S/N:

Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: PX57; Caliber: 57; Type: PISTOL; S/N:

Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: PX-57; Caliber: 57; Type: PISTOL; S/N:

Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: PX-57; Caliber: 57; Type: PISTOL; S/N:

Firearm; Manufacturer: GREAT LAKES FIREARMS & AMMO, LLC; Model: GL-15; Caliber: MULTI; Type: PISTOL; S/N:

Firearm; Manufacturer: TISAS; Model: PX57; Caliber: 57; Type: PISTOL; S/N: TD62024DJ07317

Firearm; Manufacturer: TISAS; Model: PX57; Caliber: 57; Type: PISTOL; S/N: TD62024DJ05933

Firearm; Manufacturer: TISAS; Model: PX57; Caliber: 57; Type: PISTOL; S/N: TD62024DJ08780

Firearm; Manufacturer: GREAT LAKES FIREARMS & AMMO, LLC; Model: GL-15; Caliber: MULTI; Type: PISTOL; S/N:

Firearm; Manufacturer: TISAS; Model: C10 Yukon; Caliber: 10; Type: PISTOL; S/N: 24DB00958

Firearm; Manufacturer: CANIK55; Model: TP-9SF; Caliber: 9; Type: PISTOL; S/N: T6472-20AT12391

Firearm; Manufacturer: TISAS; Model: C10 Yukon; Caliber: 10; Type: PISTOL; S/N: 24DB00959

Firearm; Manufacturer: ROMARM/CUGIR; Model: MICRO DRACO; Caliber: 762; Type: PISTOL; S/N: ROA 24 PMD-

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164167

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164212

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164258

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160753

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164164

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164021

Firearm; Manufacturer: TISAS; Model: 1911A1; Caliber: .45; Type: PISTOL; S/N: T0620-25AP01199

Firearm; Manufacturer: GREAT LAKES FIREARMS & AMMO, LLC; Model: GL-15; Caliber: MULTI; Type: RIFLE; S/N:

Firearm; Manufacturer: TISAS; Model: M1911 A1 GOVT; Caliber: 45; Type: PISTOL; S/N: T0620-24Z24302

Firearm; Manufacturer: ROMARM/CUGIR; Model: MICRO DRACO; Caliber: 762; Type: PISTOL; S/N: ROA 24PMD-

Firearm; Manufacturer: U.S.A. MILITARY SURPLUS; Model: 1911; Caliber: 45; Type: PISTOL; S/N: T0620-24Z22707

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163939

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164046

Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: 1911A1 TANKER; Caliber: 45; Type: PISTOL;

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163962

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164245

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163878

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163861

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164175

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163864

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160750

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163857

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162685

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163170

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163853

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162640

Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: PX-9 GEN3; Caliber: 9; Type: PISTOL; S/N:

Firearm; Manufacturer: TISAS; Model: PX-57; Caliber: 57; Type: PISTOL; S/N: T062024DJ08782

Firearm; Manufacturer: Smith & Wesson; Model: MP15; Caliber: MULTI; Type: RIFLE; S/N: TW38839

Firearm; Manufacturer: Smtih & Wesson; Model: Response; Caliber: 9; Type: RIFLE; S/N: RSS7334

Firearm; Manufacturer: ROMARM/CUGIR; Model: MICRO DRACO; Caliber: 762; Type: PISTOL; S/N: 24-PMD-55008
Firearm; Manufacturer: Smith & Wesson; Model: Response; Caliber: 9; Type: RIFLE; S/N: RSS8004
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7161261
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: BFT47; Caliber: 762; Type: RIFLE; S/N:
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164035
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: BFT47; Caliber: 762; Type: RIFLE; S/N:
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164134
Firearm; Manufacturer: U.S.A. MILITARY SURPLUS; Model: 1911A1; Caliber: 45; Type: PISTOL; S/N: 24Z22708
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164202
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164178
Firearm; Manufacturer: TISAS; Model: Night Stalker; Caliber: 45; Type: PISTOL; S/N: T0620-23AK05886
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163884
Firearm; Manufacturer: TISAS; Model: 1911-A1T; Caliber: 45; Type: PISTOL; S/N: T0620-25AP01197
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132231
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: Draco; Caliber: -- ;Type: PISTOL; S/N: RON2211625
Firearm; Manufacturer: U.S.A. MILITARY SURPLUS; Model: 1911A1; Caliber: 45; Type: PISTOL; S/N: T0620-24Z22976
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164316
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163051
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164160
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163946
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164176
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163954
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164080
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164363
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163879
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163899
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7164066
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163072
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162774
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132412
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132439
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162798
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160923
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132208
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132511
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132329
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163992
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162992
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7131899
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132217
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163838
Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW39484
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: DCSF633354
Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW33015

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162382
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162470
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: SCNL101406
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162221
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162307
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: PISTOL; S/N: LW413268
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S307378
Firearm; Manufacturer: Kel-Tec; Model: R50; Caliber: .57; Type: RIFLE; S/N: TT1164
Firearm; Manufacturer: Kel-Tec ;Model: R50; Caliber: .57; Type: RIFLE; S/N: TT1157
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162465
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162977
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162990
Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW34725
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: DCSF146586
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: DCSF146572
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162474
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7161975
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7161987
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160148
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160754
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: 556; Type:
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: PISTOL; S/N: SCNL242658
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: 556; Type:
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: 556; Type:
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: UNKNOWN; Type: RIFLE; S/N: 25-012620
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: UNKNOWN; Type: RIFLE; S/N: 25-012574
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S307379
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: UNKNOWN; Type: RIFLE; S/N: 25-012786
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: UNKNOWN; Type: RIFLE; S/N: 25-012627
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: UNKNOWN; Type: RIFLE; S/N: 24-019665
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: UNKNOWN; Type: RIFLE; S/N: 24-019526
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: UNKNOWN; Type: RIFLE; S/N: 24-018300
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7163875
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162690
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162163
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162019
Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW28111
Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW33014
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: 556; Type: RIFLE; S/N: SCNL221272
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: 556; Type: RIFLE; S/N: DCSF146778
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162856
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160755
Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW34733
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162780

Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW34735
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162868
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162621
Firearm; Manufacturer: Kel-Tec ;Model: R50; Caliber: .57; Type: RIFLE; S/N: TT1156
Firearm; Manufacturer: Kel-Tec ;Model: R50; Caliber: .57; Type: RIFLE; S/N: TT0Q44
Firearm; Manufacturer: Kel-Tec;Model: R50; Caliber: .57; Type: RIFLE; S/N: TT0Q42
Firearm; Manufacturer: Kel-Tec;Model: R50; Caliber: .57; Type: RIFLE; S/N: TT1045
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160774
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S301406
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S301405
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S301400
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: PISTOL; S/N: DTI-S302291
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: 556; Type:
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: 556; Type:
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: 556; Type:
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S307376
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: 556; Type:
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S293236
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 25-012752
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 25-012849
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S307381
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 25-012609
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 25-012643
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-005299
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-018798
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-020015
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-017623
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-020210
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162794
Firearm; Manufacturer: POF USA (PATRIOT ORDNANCE FACTORY); Model: P-15; Caliber: MULTI; Type: RIFLE; S/N: PE-
Firearm; Manufacturer: RUGER; Model: AR-556; Caliber: 556; Type: RIFLE; S/N: 1851-80066
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: PANTHER ORACLE; Caliber:
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEEU847
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: PANTHER ORACLE; Caliber:
Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: AKCM623
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CELC764
Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: CDNV644
Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: CEZR147
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEEU851
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEEU849
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEEU850
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-019394
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEZU279
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEZY654

Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-018510
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEEU853
Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT188
Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: AKCR893
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 25-012561
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 25-012751
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: HARRINGTON AND RICHARDSON; Model: M16; Caliber: 556; Type: RIFLE; S/N: HR2007167
Firearm; Manufacturer: HARRINGTON AND RICHARDSON; Model: M16; Caliber: 556; Type: RIFLE; S/N: HR2007748
Firearm; Manufacturer: HARRINGTON AND RICHARDSON; Model: M16; Caliber: 556; Type: RIFLE; S/N: HR2007567
Firearm; Manufacturer: HARRINGTON AND RICHARDSON; Model: M16; Caliber: 556; Type: RIFLE; S/N: HR2007434
Firearm; Manufacturer: RUGER; Model: AR-556; Caliber: 556; Type: RIFLE; S/N: 1851-59920
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: Micro Draco; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: Micro Draco; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: BFT47; Caliber: 762; Type: RIFLE; S/N:
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: BFT47; Caliber: 762; Type: RIFLE; S/N:
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2695620
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: MULTI; Type: PISTOL; S/N: DTI-S302289
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S302164
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: SCAR 17S; Caliber: MULTI; Type: RIFLE; S/N: H1C27012
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: Alpha Maxx; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 23-003202
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 25-012649
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-018785
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 24-018388
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: HARRINGTON AND RICHARDSON; Model: M16A1; Caliber: 556; Type: RIFLE; S/N:
Firearm; Manufacturer: HARRINGTON AND RICHARDSON; Model: M16A1; Caliber: 556; Type: RIFLE; S/N:
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: PISTOL; S/N: DB2695621
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: PISTOL; S/N: DB2691794
Firearm; Manufacturer: ROMARM/CUGIR; Model: MICRO DRACO; Caliber: 762; Type: PISTOL; S/N: ROA 24 PMD-
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: PISTOL; S/N: DB2695632
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: PISTOL; S/N: DB2688068
Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:
Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:
Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DBX; Caliber: MULTI; Type: PISTOL; S/N: DBX9471
Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23095007
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: PISTOL; S/N: CHSF006591

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: 556; Type: RIFLE; S/N:

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX RATTLER; Caliber: MULTI; Type: PISTOL; S/N: 63J026707

Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: MULTI; Type:

Firearm; Manufacturer: ROMARM/CUGIR; Model: MICRO DRACO; Caliber: 762; Type: PISTOL; S/N: ROA 24 PMD-

Firearm; Manufacturer: ROMARM/CUGIR; Model: MICRO DRACO; Caliber: 762; Type: PISTOL; S/N: ROA 24 PMD-

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7162381

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: DCSF633370

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: F1 Firearms; Model: FDR15; Caliber: MULTI; Type: RIFLE; S/N: 110-29726

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT175

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT599

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CEZR149

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT353

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT355

Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: CDNV643

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT184

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT356

Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: CFDT363

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: WASR; Caliber: 9; Type: RIFLE; S/N: RON2156871

Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: AKCP347

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT192

Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: AHDK274

Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: AKCR888

Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: AKCR222

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT187

Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: AKCR892

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT181

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT190

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT189

Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: DCSF633982

Firearm; Manufacturer: Romanian; Model: Micro Draco; Caliber: 9; Type: PISTOL; S/N: RON2211645

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 24013887

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: MIL-SPORT; Caliber: MULTI; Type: RIFLE; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: RIFLE; S/N:

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132348

Firearm; Manufacturer: Zastava Arms; Model: ZPAPM70; Caliber: 762; Type: RIFLE; S/N: Z70177034

Firearm; Manufacturer: POF USA (PATRIOT ORDNANCE FACTORY); Model: P-15; Caliber: MULTI; Type: RIFLE; S/N: PE-

Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: DCSF146551

Firearm; Manufacturer: F.N. (FN HERSTAL); Model: SCAR 15P; Caliber: MULTI; Type: PISTOL; S/N: SCP06079

Firearm; Manufacturer: Colt; Model: 1911 Government; Caliber: 38; Type: PISTOL; S/N: GV078493

Firearm; Manufacturer: F.N. (FN HERSTAL); Model: SCAR 15P; Caliber: MULTI; Type: PISTOL; S/N: SCP06038

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX; Caliber: MULTI; Type: PISTOL; S/N: 63J054417

Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKFW683

Firearm; Manufacturer: GLOCK INC.; Model: 43; Caliber: 9; Type: PISTOL; S/N: AHXK263

Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKMT000

Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKMU071

Firearm; Manufacturer: GLOCK INC.; Model: 23; Caliber: 40; Type: PISTOL; S/N: AGSL341

Firearm; Manufacturer: GLOCK GMBH; Model: 23; Caliber: 40; Type: PISTOL; S/N: CESW367

Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKMT006

Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWP489

Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUR685

Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: CFCT231

Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUK368

Firearm; Manufacturer: GLOCK INC.; Model: 23; Caliber: 40; Type: PISTOL; S/N: AKSB453

Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUN787

Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUN798

Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUK370

Firearm; Manufacturer: GLOCK INC.; Model: 23; Caliber: 40; Type: PISTOL; S/N: CESW368

Firearm; Manufacturer: GLOCK INC.; Model: 23; Caliber: 40; Type: PISTOL; S/N: AHGV163

Firearm; Manufacturer: GLOCK INC.; Model: 23; Caliber: 40; Type: PISTOL; S/N: AHGV155

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CEZR148

Firearm; Manufacturer: GLOCK INC.; Model: 23; Caliber: 40; Type: PISTOL; S/N: AHGV162

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 38; Type: PISTOL; S/N: GV077443

Firearm; Manufacturer: COLT; Model: COMPETITION PISTOL; Caliber: 45; Type: PISTOL; S/N: 38SCC7095

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 38; Type: PISTOL; S/N: GV078516

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 38; Type: PISTOL; S/N: GV065025

Firearm; Manufacturer: COLT; Model: GOLD CUP TROPHY; Caliber: 38; Type: PISTOL; S/N: GV076691

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 45; Type: PISTOL; S/N: GV228070

Firearm; Manufacturer: COLT; Model: COMPETITION PISTOL; Caliber: 45; Type: PISTOL; S/N: CCS035565

Firearm; Manufacturer: COLT; Model: DEFENDER; Caliber: 45; Type: PISTOL; S/N: DF016156

Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV077772

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 38; Type: PISTOL; S/N: GV057474
Firearm; Manufacturer: COLT; Model: COMPETITION PISTOL; Caliber: 38; Type: PISTOL; S/N: CCS036138
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV069704
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: OYO244
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: 212ECB
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV077016
Firearm; Manufacturer: COLT; Model: COMMANDER; Caliber: 9; Type: PISTOL; S/N: 9XE06292
Firearm; Manufacturer: COLT; Model: COMPETITION PISTOL; Caliber: 45; Type: PISTOL; S/N: CCS036128
Firearm; Manufacturer: COLT; Model: COMBAT COMMANDER; Caliber: 38; Type: PISTOL; S/N: 38XE00533
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 45; Type: PISTOL; S/N: GV228207
Firearm; Manufacturer: COLT; Model: DEFENDER; Caliber: 9; Type: PISTOL; S/N: DF143106
Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DR-15; Caliber: MULTI; Type:
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7132414
Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW39478
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: SCAR 15P; Caliber: MULTI; Type: PISTOL; S/N: SCP06137
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: SCAR 15P; Caliber: MULTI; Type: PISTOL; S/N: SCP06035
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 45; Type: PISTOL; S/N: GV229076
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: PISTOL; S/N: DB2695612
Firearm; Manufacturer: RUGER; Model: AR-556; Caliber: 556; Type: RIFLE; S/N: 1851-80067
Firearm; Manufacturer: COLT; Model: SUPER 38 AUTOMATIC; Caliber: 38; Type: PISTOL; S/N: GV077451
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV077052
Firearm; Manufacturer: COLT; Model: DEFENDER; Caliber: 45; Type: PISTOL; S/N: DF144532
Firearm; Manufacturer: COLT; Model: SUPER 38 AUTOMATIC; Caliber: 38; Type: PISTOL; S/N: 38SCC6953
Firearm; Manufacturer: COLT; Model: COMBAT COMMANDER; Caliber: 38; Type: PISTOL; S/N: 38XE00662
Firearm; Manufacturer: COLT; Model: COMPETITION PISTOL; Caliber: 45; Type: PISTOL; S/N: CCS034262
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV069142
Firearm; Manufacturer: COLT; Model: LIGHTWEIGHT COMM; Caliber: 45; Type: PISTOL; S/N: XE14248
Firearm; Manufacturer: COLT; Model: DEFENDER; Caliber: 9; Type: PISTOL; S/N: DF141373
Firearm; Manufacturer: COLT; Model: DEFENDER; Caliber: 45; Type: PISTOL; S/N: DF144523
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV082739
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV076792
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: ERB-338
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: 0Y0397
Firearm; Manufacturer: COLT; Model: DELTA ELITE; Caliber: 38; Type: PISTOL; S/N: DS49260
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV077351
Firearm; Manufacturer: COLT; Model: GOLD CUP TROPHY; Caliber: 38; Type: PISTOL; S/N: GV076094
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV078612
Firearm; Manufacturer: COLT; Model: DEFENDER; Caliber: 45; Type: PISTOL; S/N: DF145093
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV078757
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 45; Type: PISTOL; S/N: GV232187
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV078504
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV082625
Firearm; Manufacturer: COLT; Model: COMPETITION PISTOL; Caliber: 45; Type: PISTOL; S/N: CCS035479

Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV078500
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 380; Type: PISTOL; S/N: GV078781
Firearm; Manufacturer: COLT; Model: COMMANDER; Caliber: 9; Type: PISTOL; S/N: 9XE06427
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV071795
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV078766
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV078624
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: GLOCK INC.; Model: 23; Caliber: 40; Type: PISTOL; S/N: AHGV160
Firearm; Manufacturer: GLOCK INC.; Model: 17L; Caliber: 9; Type: PISTOL; S/N: CECT149
Firearm; Manufacturer: GLOCK INC.; Model: 17L; Caliber: 9; Type: PISTOL; S/N: CECT145
Firearm; Manufacturer: GLOCK INC.; Model: 17L; Caliber: 9; Type: PISTOL; S/N: AGLS768
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AGND977
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AGLU004
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: CEVC029
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: UVK970
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: UVK955
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AHDY848
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AGLK666
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: CEVC022
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AGLR890
Firearm; Manufacturer: GLOCK INC.; Model: 17L; Caliber: 9; Type: PISTOL; S/N: CECT147
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: BERM691
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: BZAB513
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AGLU003
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AHDY846
Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUM365
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: CEVC028
Firearm; Manufacturer: COLT; Model: COMPETITION PISTOL; Caliber: 45; Type: PISTOL; S/N: 38SCC6654
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 45; Type: PISTOL; S/N: GV071086
Firearm; Manufacturer: COLT; Model: DEFENDER; Caliber: 9; Type: PISTOL; S/N: DF142829
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV077517
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV033283
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV077097
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: TOG373
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV074230
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 45; Type: PISTOL; S/N: GV231601
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: T0G357
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: CCS035711
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV073839
Firearm; Manufacturer: COLT; Model: COMMANDER; Caliber: 38; Type: PISTOL; S/N: 38XE00953
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV082496
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV082567
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV074417

Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV078632
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: COLT; Model: COMMANDER; Caliber: 38; Type: PISTOL; S/N: 38XE00931
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: OYO390
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: ESS486
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV068719
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV078371
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV036467
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: DLS382
Firearm; Manufacturer: Colt ;Model: Comp Series; Caliber: 45; Type: PISTOL; S/N: SCC030436
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: 38SCC7042
Firearm; Manufacturer: COLT; Model: DEFENDER; Caliber: 45; Type: PISTOL; S/N: DF143628
Firearm; Manufacturer: Colt ;Model: Comp Series; Caliber: 45; Type: PISTOL; S/N: CCS033152
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 45; Type: PISTOL; S/N: GCX17821
Firearm; Manufacturer: COLT; Model: COMMANDER; Caliber: 38; Type: PISTOL; S/N: 38XE00605
Firearm; Manufacturer: COLT; Model: COMMANDER; Caliber: 38; Type: PISTOL; S/N: 38XE00648
Firearm; Manufacturer: COLT; Model: COMMANDER; Caliber: 38; Type: PISTOL; S/N: 38XE00782
Firearm; Manufacturer: COLT; Model: COMMANDER; Caliber: 38; Type: PISTOL; S/N: 38XE00707
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AAKW234
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AGLK670
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AGLS769
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: AHDY849
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: MP3303DC
Firearm; Manufacturer: GLOCK INC.; Model: 34; Caliber: 9; Type: PISTOL; S/N: AGPP435
Firearm; Manufacturer: GLOCK INC.; Model: 40GEN4; Caliber: 10; Type: PISTOL; S/N: CACG936
Firearm; Manufacturer: GLOCK INC.; Model: 40GEN4; Caliber: 10; Type: PISTOL; S/N: CACG272
Firearm; Manufacturer: GLOCK INC.; Model: 40GEN4; Caliber: 10; Type: PISTOL; S/N: BZDA885
Firearm; Manufacturer: GLOCK INC.; Model: 40GEN4; Caliber: 10; Type: PISTOL; S/N: CACG935
Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: BWUA679
Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: BWKK886
Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: BWUA677
Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKXZ942
Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKXZ938
Firearm; Manufacturer: GLOCK INC.; Model: 32; Caliber: 357; Type: PISTOL; S/N: BXDP849
Firearm; Manufacturer: GLOCK INC.; Model: 34; Caliber: 9; Type: PISTOL; S/N: AGPP434
Firearm; Manufacturer: GLOCK INC.; Model: 34; Caliber: 9; Type: PISTOL; S/N: AGPP431
Firearm; Manufacturer: GLOCK INC.; Model: 34; Caliber: 9; Type: PISTOL; S/N: AGPP439
Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: BWKK539

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: NS421832

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX042983

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX042573

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX042632

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX043554

Firearm; Manufacturer: American Tactical ;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX042810

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX042676

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX043575

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX042785

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX042782

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: American Tactical;Model: Alpha Max; Caliber: MULTI; Type: PISTOL; S/N: NX042985

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: American Tactical ;Model: Alpha Maxx; Caliber: MULTI; Type: PISTOL; S/N: NX042691

Firearm; Manufacturer: GLOCK INC.; Model: 48; Caliber: 9; Type: PISTOL; S/N: CBYA315US

Firearm; Manufacturer: American Tactical ;Model: Alpha Maxx; Caliber: MULTI; Type: PISTOL; S/N: NX042749

Firearm; Manufacturer: KAHR ARMS - AUTO ORDNANCE; Model: 1911; Caliber: 45; Type: PISTOL; S/N: APB02000

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: BWKK536

Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: AKDC464

Firearm; Manufacturer: GLOCK INC.; Model: 36; Caliber: 45; Type: PISTOL; S/N: BYZH810

Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: AKDC466

Firearm; Manufacturer: GLOCK INC.; Model: 20GEN4; Caliber: 10; Type: PISTOL; S/N: CCPS497

Firearm; Manufacturer: GLOCK INC.; Model: 47; Caliber: 9; Type: PISTOL; S/N: AKCZ711

Firearm; Manufacturer: GLOCK INC.; Model: 20GEN4; Caliber: 10; Type: PISTOL; S/N: AHBX689

Firearm; Manufacturer: GLOCK INC.; Model: 20GEN4; Caliber: 10; Type: PISTOL; S/N: CCPS498

Firearm; Manufacturer: MILITARY ARMAMENT CORP; Model: M10A1; Caliber: 9; Type: PISTOL; S/N: T0620-

Firearm; Manufacturer: GLOCK INC.; Model: 21GEN4; Caliber: 45; Type: PISTOL; S/N: RPL869

Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: MP3321DC

Firearm; Manufacturer: Glock ;Model: 49; Caliber: 9; Type: PISTOL; S/N: CCNZ127

Firearm; Manufacturer: Rock Island Armory ;Model: M1911 A1; Caliber: 38; Type: PISTOL; S/N: RIA2888060

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: 556; Type: PISTOL; S/N:

Firearm; Manufacturer: Glock ;Model: 17; Caliber: 45; Type: PISTOL; S/N: AKDC463

Firearm; Manufacturer: GLOCK GMBH; Model: 35; Caliber: 9; Type: PISTOL; S/N: AGPP440

Firearm; Manufacturer: GLOCK INC.; Model: 19; Caliber: 9; Type: PISTOL; S/N: BVHA828

Firearm; Manufacturer: GLOCK INC.; Model: 40GEN4; Caliber: 10; Type: PISTOL; S/N: BZDA182

Firearm; Manufacturer: GLOCK GMBH; Model: 37; Caliber: 45; Type: PISTOL; S/N: BXDY839

Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUR684

Firearm; Manufacturer: GLOCK INC.; Model: 19C; Caliber: 9; Type: PISTOL; S/N: CFDT354

Firearm; Manufacturer: Charles Daly; Model: 1911 Empire; Caliber: 45; Type: PISTOL; S/N: KTIT24H0079

Firearm; Manufacturer: Charles Daly; Model: 1911 Empire; Caliber: 45; Type: PISTOL; S/N: KTIT23A1030

Firearm; Manufacturer: Charles Daly; Model: 1911 Field; Caliber: 45; Type: PISTOL; S/N: KTIT24P0494

Firearm; Manufacturer: Charles Daly; Model: 1911 Field; Caliber: 45; Type: PISTOL; S/N: KTIT24P0467

Firearm; Manufacturer: KAHR ARMS - AUTO ORDNANCE; Model: 1911A1; Caliber: 45; Type: PISTOL; S/N: AAP00418

Firearm; Manufacturer: Kimber ;Model: Custom Shadow; Caliber: 45; Type: PISTOL; S/N: K967690

Firearm; Manufacturer: Kimber ;Model: Custom Shadow; Caliber: 45; Type: PISTOL; S/N: K974080

Firearm; Manufacturer: Kimber ;Model: Custom Shadow; Caliber: 45; Type: PISTOL; S/N: K967314

Firearm; Manufacturer: Kimber ;Model: Custom Shadow; Caliber: 45; Type: PISTOL; S/N: KY023006

Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: BWKK537

Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKMT003

Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKGX298

Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWP490

Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: BWKK509

Firearm; Manufacturer: GLOCK INC.; Model: 41; Caliber: 45; Type: PISTOL; S/N: BWKK538

Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKGX685

Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKWP491

Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKGX684
Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: CEAZ98
Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKFW612
Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKGX291
Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AHGA130
Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AHFZ541
Firearm; Manufacturer: GLOCK INC.; Model: 47; Caliber: 9; Type: PISTOL; S/N: AKCZ460
Firearm; Manufacturer: GLOCK GMBH; Model: 37; Caliber: 45; Type: PISTOL; S/N: BXDY875
Firearm; Manufacturer: GLOCK INC.; Model: 47; Caliber: 9; Type: PISTOL; S/N: CAMG581
Firearm; Manufacturer: GLOCK GMBH; Model: 20; Caliber: 10; Type: PISTOL; S/N: BXZS431
Firearm; Manufacturer: GLOCK GMBH; Model: 22; Caliber: 40; Type: PISTOL; S/N: PHX437
Firearm; Manufacturer: GLOCK GMBH; Model: 22; Caliber: 40; Type: PISTOL; S/N: BMTK597
Firearm; Manufacturer: GLOCK INC.; Model: 49; Caliber: 9; Type: PISTOL; S/N: CCNZ134
Firearm; Manufacturer: KAHR ARMS - AUTO ORDNANCE; Model: 1911A1; Caliber: 45; Type: PISTOL; S/N: APB03534
Firearm; Manufacturer: KAHR ARMS - AUTO ORDNANCE; Model: 1911A1; Caliber: 45; Type: PISTOL; S/N: APB04337
Firearm; Manufacturer: GLOCK INC.; Model: 42; Caliber: 380; Type: PISTOL; S/N: AKXZ940
Firearm; Manufacturer: MILITARY ARMAMENT CORP; Model: Mac 9 DS Tisas; Caliber: 9; Type: PISTOL; S/N: T0620-
Firearm; Manufacturer: Palmetto State Armory ;Model: G3; Caliber: MULTI; Type: RECEIVER/FRAME; S/N: LJ016733
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: DAGGER; Caliber: 9; Type: PISTOL; S/N: FG213304
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: MP2340DC
Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUN799
Firearm; Manufacturer: GLOCK INC.; Model: 49; Caliber: 9; Type: PISTOL; S/N: CCNZ367
Firearm; Manufacturer: GLOCK INC.; Model: 47; Caliber: 9; Type: PISTOL; S/N: CAMG576
Firearm; Manufacturer: GLOCK INC.; Model: 47; Caliber: 9; Type: PISTOL; S/N: CAMG580
Firearm; Manufacturer: GLOCK INC.; Model: 49; Caliber: 9; Type: PISTOL; S/N: CCN2366
Firearm; Manufacturer: GLOCK GMBH; Model: 37; Caliber: 45; Type: PISTOL; S/N: BXDY876
Firearm; Manufacturer: GLOCK INC.; Model: 48; Caliber: 9; Type: PISTOL; S/N: CBYA316US
Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKRV377
Firearm; Manufacturer: GLOCK GMBH; Model: 31; Caliber: 357; Type: PISTOL; S/N: CBYE844
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: PISTOL; S/N: SCD292034
Firearm; Manufacturer: GLOCK GMBH; Model: 31; Caliber: 357; Type: PISTOL; S/N: BGDC641
Firearm; Manufacturer: KIMBER; Model: Custom Shadow; Caliber: 45; Type: PISTOL; S/N: KY023027
Firearm; Manufacturer: GLOCK GMBH; Model: 34; Caliber: 9; Type: PISTOL; S/N: AGDR269
Firearm; Manufacturer: GLOCK GMBH; Model: 40GEN4; Caliber: 10; Type: PISTOL; S/N: BZDA167
Firearm; Manufacturer: GLOCK INC.; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEZU682
Firearm; Manufacturer: GLOCK INC.; Model: Gen 32; Caliber: 357; Type: PISTOL; S/N: BXDP848
Firearm; Manufacturer: GLOCK GMBH; Model: 34; Caliber: 9; Type: PISTOL; S/N: AGDR285
Firearm; Manufacturer: GLOCK GMBH; Model: 34; Caliber: 9; Type: PISTOL; S/N: AGDR281
Firearm; Manufacturer: GLOCK GMBH; Model: 37; Caliber: 45; Type: PISTOL; S/N: BXDY842
Firearm; Manufacturer: GLOCK INC.; Model: 47; Caliber: 9; Type: PISTOL; S/N: CAMG579
Firearm; Manufacturer: GLOCK INC.; Model: 47; Caliber: 9; Type: PISTOL; S/N: CAMG577
Firearm; Manufacturer: GLOCK INC.; Model: 47; Caliber: 9; Type: PISTOL; S/N: CAMG578
Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: CCEG866

Firearm; Manufacturer: COLT; Model: 1911 Government; Caliber: 38; Type: PISTOL; S/N: GV076985
Firearm; Manufacturer: COLT; Model: 1911 Government; Caliber: 38; Type: PISTOL; S/N: GV076620
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: 762; Type: RIFLE; S/N: DB2656584
Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DP-15; Caliber: 556; Type:
Firearm; Manufacturer: DEL-TON INC.; Model: DTI-15; Caliber: 556; Type: RIFLE; S/N: DTI-S307374
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7159385
Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB677334
Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:
Firearm; Manufacturer: GLOCK INC.; Model: 21; Caliber: 45; Type: PISTOL; S/N: BBLW780
Firearm; Manufacturer: GLOCK GMBH; Model: 28; Caliber: 380; Type: PISTOL; S/N: AHSH074
Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: AKDC467
Firearm; Manufacturer: GLOCK INC.; Model: 20; Caliber: 10; Type: PISTOL; S/N: BXZS430
Firearm; Manufacturer: GLOCK INC.; Model: 30; Caliber: 45; Type: PISTOL; S/N: CFEK101
Firearm; Manufacturer: GLOCK INC.; Model: 49; Caliber: 9; Type: PISTOL; S/N: CCNZ126
Firearm; Manufacturer: GLOCK INC.; Model: 20; Caliber: 10; Type: PISTOL; S/N: CCPS500
Firearm; Manufacturer: GLOCK GMBH; Model: 29; Caliber: 10; Type: PISTOL; S/N: CFKX364
Firearm; Manufacturer: GLOCK INC.; Model: 20GEN4; Caliber: 10; Type: PISTOL; S/N: AHBX682
Firearm; Manufacturer: GLOCK GMBH; Model: 29; Caliber: 10; Type: PISTOL; S/N: CFKX369
Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: AKDB902
Firearm; Manufacturer: GLOCK INC.; Model: 20GEN4; Caliber: 10; Type: PISTOL; S/N: AHBX694
Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: BMFH527
Firearm; Manufacturer: GLOCK INC.; Model: 30; Caliber: 45; Type: PISTOL; S/N: CFEK100
Firearm; Manufacturer: GLOCK INC.; Model: 30; Caliber: 45; Type: PISTOL; S/N: CFEK109
Firearm; Manufacturer: GLOCK GMBH; Model: 26; Caliber: 9; Type: PISTOL; S/N: AKPA071
Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: AKDC465
Firearm; Manufacturer: GLOCK INC.; Model: 45; Caliber: 9; Type: PISTOL; S/N: CCEG864
Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: RIFLE; S/N:
Firearm; Manufacturer: GLOCK GMBH; Model: 22; Caliber: 40; Type: PISTOL; S/N: YVB610
Firearm; Manufacturer: GLOCK INC.; Model: 17; Caliber: 9; Type: PISTOL; S/N: UVK969
Firearm; Manufacturer: GLOCK GMBH; Model: 29; Caliber: 10; Type: PISTOL; S/N: CFPM172
Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: M 1911 A1; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: GLOCK GMBH; Model: 29; Caliber: 10; Type: PISTOL; S/N: CFEE868
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: ROCK; Caliber: 57; Type: PISTOL; S/N: RK056607
Firearm; Manufacturer: GLOCK GMBH; Model: 29; Caliber: 10; Type: PISTOL; S/N: CFEE869
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: ROCK; Caliber: 57; Type: PISTOL; S/N: RK056409
Firearm; Manufacturer: BERETTA USA CORP; Model: M9A4; Caliber: 9; Type: PISTOL; S/N: BER854530
Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC158458
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: PISTOL; S/N: LW426437
Firearm; Manufacturer: GLOCK GMBH; Model: 17; Caliber: 9; Type: PISTOL; S/N: VPT811
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: Century Arms; Model: Micro Draco; Caliber: 762; Type: RIFLE; S/N: USD001328
Firearm; Manufacturer: GLOCK GMBH; Model: 17; Caliber: 9; Type: PISTOL; S/N: MP2421DC
Firearm; Manufacturer: FNH USA, LLC; Model: M249S; Caliber: 556; Type: RIFLE; S/N: M249SA08783
Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: GLOCK GMBH; Model: 17; Caliber: 9; Type: PISTOL; S/N: BACK817

Firearm; Manufacturer: SPRINGFIELD ARMORY,GENESEO,IL; Model: PRODIGY; Caliber: 9; Type: PISTOL; S/N:

Firearm; Manufacturer: FNH USA, LLC; Model: M249S; Caliber: 556; Type: RIFLE; S/N: M249SA11415

Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: RIFLE; S/N: NDCSF146752

Firearm; Manufacturer: GLOCK INC.; Model: 48; Caliber: 9; Type: PISTOL; S/N: CBYA318

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7159301

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 45; Type: PISTOL; S/N: 24AB01801

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: 82A1; Caliber: 50 BMG; Type: RIFLE; S/N: AA019296

Firearm; Manufacturer: OHIO ORDNANCE WORKS; Model: M240 SLR; Caliber: 762; Type: RIFLE; S/N: 241511

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: 82A1; Caliber: 50 BMG; Type: RIFLE; S/N: AA019046

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: 82A1; Caliber: 50 BMG; Type: RIFLE; S/N: AA019048

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: MRAD; Caliber: MULTI; Type: RIFLE; S/N: DJ000258

Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC159219

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: M99; Caliber: 50; Type: RIFLE; S/N: AS000854

Firearm; Manufacturer: OHIO ORDNANCE; Model: M2SLR; Caliber: 50; Type: RIFLE; S/N: 850756

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: 82A1; Caliber: 50 BMG; Type: RIFLE; S/N: AA019224

Firearm; Manufacturer: DANIEL DEFENSE INC.; Model: DDMV7; Caliber: 556; Type: RIFLE; S/N: DDM4594103 with

Firearm; Manufacturer: FNH USA, LLC; Model: M249S; Caliber: 556; Type: RIFLE; S/N: M249SA10719

Firearm; Manufacturer: KRISS USA INC. (TRANSFORMATIONAL DEFENSE IND); Model: Vector; Caliber: 22; Type:

Firearm; Manufacturer: FNH USA, LLC; Model: M249S; Caliber: 556; Type: RIFLE; S/N: M249SA09097

Firearm; Manufacturer: AERO PRECISION; Model: X15; Caliber: MULTI; Type: RIFLE; S/N: X072083

Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: PISTOL; S/N: SCNL242665

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: 82A1; Caliber: 50 BMG; Type: RIFLE; S/N: AA019099

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: M107; Caliber: 50 BMG; Type: RIFLE; S/N: AEO13187

Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC158531

Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC156065

Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC158477

Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC154225

Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC154223

Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC154213

Firearm; Manufacturer: BERETTA USA CORP; Model: 3032 TOMCAT; Caliber: 32; Type: PISTOL; S/N: DAA662576

Firearm; Manufacturer: BERETTA USA CORP; Model: 80x Cheetah; Caliber: 380; Type: PISTOL; S/N: Y029057X

Firearm; Manufacturer: BERETTA USA CORP; Model: 80x Cheetah; Caliber: 380; Type: PISTOL; S/N: Y030083X

Firearm; Manufacturer: BERETTA USA CORP; Model: 80x Cheetah; Caliber: 380; Type: PISTOL; S/N: Y030113X

Firearm; Manufacturer: BERETTA USA CORP; Model: 80x Cheetah; Caliber: 380; Type: PISTOL; S/N: Y030077X

Firearm; Manufacturer: BERETTA USA CORP; Model: 80x Cheetah; Caliber: 380; Type: PISTOL; S/N: Y030084X

Firearm; Manufacturer: BERETTA USA CORP; Model: 80x Cheetah; Caliber: 380; Type: PISTOL; S/N: Y030078X

Firearm; Manufacturer: BERETTA USA CORP; Model: 80x Cheetah; Caliber: 380; Type: PISTOL; S/N: Y030073X

Firearm; Manufacturer: BERETTA USA CORP; Model: 92 X1; Caliber: 9; Type: PISTOL; S/N: 92X0100964

Firearm; Manufacturer: BERETTA USA CORP; Model: 92FS; Caliber: 9; Type: PISTOL; S/N: BER877092

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: 82A1; Caliber: 50 BMG; Type: RIFLE; S/N: AA019040

Firearm; Manufacturer: SKS; Model: 45; Caliber: 762; Type: RIFLE; S/N: RH226578

Firearm; Manufacturer: RUGER; Model: Unknown; Caliber: 556; Type: RIFLE; S/N: 85939789

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: 82A1; Caliber: 50 BMG; Type: RIFLE; S/N: AA018100A

Firearm; Manufacturer: GLOCK GMBH; Model: 17; Caliber: 9; Type: PISTOL; S/N: MP3338DC
Firearm; Manufacturer: GLOCK GMBH; Model: 17; Caliber: 9; Type: PISTOL; S/N: BACK704
Firearm; Manufacturer: FNH USA, LLC; Model: M249S; Caliber: 556; Type: RIFLE; S/N: M249SA11525
Firearm; Manufacturer: FNH USA, LLC; Model: M249S; Caliber: 556; Type: RIFLE; S/N: M249SA02742
Firearm; Manufacturer: FNH USA, LLC; Model: M249S; Caliber: 556; Type: RIFLE; S/N: M249SA08913
Firearm; Manufacturer: FNH USA, LLC; Model: M249S; Caliber: 556; Type: RIFLE; S/N: M249SA10722
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: SCAR 17S; Caliber: 762; Type: RIFLE; S/N: H1C27201
Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: A2A1; Caliber: 50; Type: RIFLE; S/N: AA019132
Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: A2A1; Caliber: 50; Type: RIFLE; S/N: AA019045
Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: A2A1; Caliber: 50; Type: RIFLE; S/N: AA019123
Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: M107A1; Caliber: 50; Type: RIFLE; S/N: AE014148
Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: A2A1; Caliber: 50; Type: RIFLE; S/N: AA019274
Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: M107A1; Caliber: 50; Type: RIFLE; S/N: AE013167
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: PISTOL; S/N: SV7164112
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 380; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: PISTOL; S/N: DCSF633986
Firearm; Manufacturer: Desert Eagle; Model: 50AE ; Caliber: 50; Type: PISTOL; S/N: DK0119900
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160141
Firearm; Manufacturer: ROMARM/CUGIR; Model: MICRO DRACO; Caliber: 762; Type: PISTOL; S/N: ROA24PMD-
Firearm; Manufacturer: Tesis; Model: Px; Caliber: 57; Type: PISTOL; S/N: TO62024DJ05932
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 380; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 380; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: BFT47; Caliber: 762; Type: PISTOL; S/N:

Firearm; Manufacturer: SMITH & WESSON; Model: M&P 9; Caliber: 9; Type: PISTOL; S/N: LEJ4655

Firearm; Manufacturer: GLOCK GMBH; Model: 17L; Caliber: 9; Type: PISTOL; S/N: XECT148

Firearm; Manufacturer: SPRINGFIELD ARMORY,GENESEO,IL; Model: Eschelon; Caliber: 9; Type: pistol; S/N:

Firearm; Manufacturer: GIRSAN; Model: MC9S; Caliber: 9; Type: PISTOL; S/N: T636824CJ01579

Firearm; Manufacturer: SPRINGFIELD ARMORY,GENESEO,IL; Model: PRODIGY; Caliber: 9; Type: PISTOL; S/N:

Firearm; Manufacturer: KAHR ARMS - AUTO ORDNANCE; Model: CT380; Caliber: 9; Type: PISTOL; S/N: A008704

Firearm; Manufacturer: SMITH & WESSON; Model: M&P 9; Caliber: 9; Type: PISTOL; S/N: SBR8965

Firearm; Manufacturer: SMITH & WESSON; Model: M&P 9 SHIELD; Caliber: 9; Type: PISTOL; S/N: EFP6052

Firearm; Manufacturer: AREX; Model: Delta M; Caliber: 9; Type: PISTOL; S/N: G36646

Firearm; Manufacturer: SMITH & WESSON; Model: COMPETITOR; Caliber: 9; Type: PISTOL; S/N: SBN0530

Firearm; Manufacturer: FMK FIREARMS INC.; Model: G9; Caliber: 9; Type: PISTOL; S/N: BTT4629

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: FXS-9; Caliber: 9; Type: PISTOL; S/N: TF674-

Firearm; Manufacturer: FNH USA, LLC; Model: HIGH POWER; Caliber: 9; Type: PISTOL; S/N: VU11340

Firearm; Manufacturer: BERETTA USA CORP; Model: 92XI; Caliber: 9; Type: Pistol; S/N: 92X0087077

Firearm; Manufacturer: BERETTA USA CORP; Model: M9A4; Caliber: 9; Type: PISTOL; S/N: BER854252

Firearm; Manufacturer: BERETTA USA CORP; Model: 92FS; Caliber: 9; Type: PISTOL; S/N: BER202003

Firearm; Manufacturer: CANIK55; Model: TTI COMBAT; Caliber: 9; Type: PISTOL; S/N: 24CZ53392

Firearm; Manufacturer: BERETTA USA CORP; Model: 92XI; Caliber: 9; Type: Pistol; S/N: 92X0088276

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P365; Caliber: 9; Type: PISTOL; S/N: 66G152929

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P320; Caliber: 9; Type: PISTOL; S/N: 58J523386

Firearm; Manufacturer: SMITH & WESSON; Model: SD9; Caliber: 9; Type: PISTOL; S/N: EHJ5471

Firearm; Manufacturer: COLT; Model: COMBAT ELITE; Caliber: 9; Type: PISTOL; S/N: GV060364

Firearm; Manufacturer: SPRINGFIELD ARMORY,GENESEO,IL; Model: Hellcat; Caliber: 9; Type: PISTOL; S/N:

Firearm; Manufacturer: BERETTA USA CORP; Model: APX; Caliber: 9; Type: PISTOL; S/N: AXC140591

Firearm; Manufacturer: KAHR ARMS - AUTO ORDNANCE; Model: CW9; Caliber: 9; Type: PISTOL; S/N: G026332

Firearm; Manufacturer: TAURUS; Model: TH9C; Caliber: 9; Type: PISTOL; S/N: ABG712233

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 38; Type: PISTOL; S/N: GV078520

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 45; Type: PISTOL; S/N: GV229004

Firearm; Manufacturer: COLT; Model: GOLD CUP; Caliber: 45; Type: PISTOL; S/N: GCX17627

Firearm; Manufacturer: RUGER; Model: SR1911; Caliber: 9; Type: PISTOL; S/N: 674-10512

Firearm; Manufacturer: KIMBER; Model: CUSTOM II; Caliber: 45; Type: PISTOL; S/N: K911285

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 38; Type: PISTOL; S/N: GV062090

Firearm; Manufacturer: COLT; Model: COMPETITION; Caliber: 38; Type: PISTOL; S/N: 38SCC5234

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 38; Type: PISTOL; S/N: 38SS10773

Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV077442

Firearm; Manufacturer: COLT; Model: 1911; Caliber: 38; Type: PISTOL; S/N: ESS167

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 45; Type: PISTOL; S/N: T6368-24-AB05547

Firearm; Manufacturer: GIRSAN; Model: MCP3J; Caliber: 9; Type: PISTOL; S/N: T6368-24-EU00853

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 45; Type: PISTOL; S/N: T6368-24-AB05460

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 45; Type: PISTOL; S/N: T6368-24A05071

Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: 1911; Caliber: 45; Type: Pistol; S/N: 6D62D-

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24GE02305

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE00302

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 10; Type: PISTOL; S/N: T6368-23-FF01584

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE02290
Firearm; Manufacturer: GIRSAN; Model: MC 1911 S; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE02152
Firearm; Manufacturer: GIRSAN; Model: MC 1911 S; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE02308
Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE02293
Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 9; Type: PISTOL; S/N: T6368-24DU00230
Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 10; Type: PISTOL; S/N: T6368-23-FF01581
Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE00310
Firearm; Manufacturer: HECKLER AND KOCH; Model: P30; Caliber: 9; Type: PISTOL; S/N: 129-134507
Firearm; Manufacturer: TANFOGLIO, F.LLI, S.N.C; Model: Defiant; Caliber: 9; Type: PISTOL; S/N: IFG03610
Firearm; Manufacturer: HECKLER AND KOCH; Model: P2000; Caliber: 40; Type: PISTOL; S/N: 123-094114
Firearm; Manufacturer: GIRSAN; Model: MC 9; Caliber: 9; Type: PISTOL; S/N: T6368-21CJ00491
Firearm; Manufacturer: BERETTA, PIETRO S.P.A; Model: PX4 STORM; Caliber: 9; Type: PISTOL; S/N: PX9210R
Firearm; Manufacturer: TAURUS; Model: G3; Caliber: 9; Type: PISTOL; S/N: AEL838448
Firearm; Manufacturer: RUGER; Model: 9E; Caliber: 9; Type: PISTOL; S/N: 33777787
Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: ZIGANA PX-9; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: FNH USA, LLC; Model: 509; Caliber: 9; Type: PISTOL; S/N: GKS0373017
Firearm; Manufacturer: RUGER; Model: SECURITY-9; Caliber: 9; Type: PISTOL; S/N: 381-25724
Firearm; Manufacturer: HECKLER AND KOCH; Model: P2000; Caliber: 40; Type: PISTOL; S/N: 123-095072
Firearm; Manufacturer: CZ USA; Model: CZ P-10 F; Caliber: 9; Type: PISTOL; S/N: H321884
Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P320; Caliber: 9; Type: PISTOL; S/N: 58J570021
Firearm; Manufacturer: KIMBER; Model: R7 MAKO; Caliber: 9; Type: PISTOL; S/N: Z13056
Firearm; Manufacturer: LLAMA (GABILONDO & CIA); Model: 1911; Caliber: 9; Type: PISTOL; S/N: B49972
Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P320; Caliber: 9; Type: PISTOL; S/N: 58C029059
Firearm; Manufacturer: STOEGER; Model: STR-9SC; Caliber: 9; Type: PISTOL; S/N: T642924Y00159
Firearm; Manufacturer: TAURUS; Model: G3C; Caliber: 9; Type: PISTOL; S/N: 1KA36159
Firearm; Manufacturer: TAURUS INTERNATIONAL; Model: GX4; Caliber: 9; Type: PISTOL; S/N: 1GC56415
Firearm; Manufacturer: CANIK55; Model: TP-9; Caliber: 9; Type: PISTOL; S/N: 24AP00193
Firearm; Manufacturer: HS PRODUKT (IM METAL); Model: HELLCAT; Caliber: 9; Type: PISTOL; S/N: BY435259
Firearm; Manufacturer: HS PRODUKT (IM METAL); Model: HELLCAT; Caliber: 9; Type: PISTOL; S/N: BK122964
Firearm; Manufacturer: HS PRODUKT (IM METAL); Model: XDM ELITE; Caliber: 9; Type: PISTOL; S/N: BE247346
Firearm; Manufacturer: RUGER; Model: LCP MAX; Caliber: 9; Type: PISTOL; S/N: 381527495
Firearm; Manufacturer: RUGER; Model: LCP; Caliber: 9; Type: PISTOL; S/N: 372610168
Firearm; Manufacturer: TAURUS; Model: PT145 Pro; Caliber: 9; Type: PISTOL; S/N: NAR01006
Firearm; Manufacturer: BERETTA USA CORP; Model: PX4 Storm; Caliber: 9; Type: PISTOL; S/N: PX9377T
Firearm; Manufacturer: SMITH & WESSON; Model: EQUALIZER; Caliber: 9; Type: PISTOL; S/N: EHP4808
Firearm; Manufacturer: CZ ;Model: P10S; Caliber: 9; Type: PISTOL; S/N: UC14869
Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: px9; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: FNH USA, LLC; Model: FNS-40; Caliber: 40; Type: PISTOL; S/N: GKU0136378
Firearm; Manufacturer: FNH USA, LLC; Model: FNX-45; Caliber: 45; Type: PISTOL; S/N: FX3U208899
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: FIVE-SEVEN; Caliber: 57; Type: PISTOL; S/N: 386455260
Firearm; Manufacturer: RUGER; Model: 5.7; Caliber: 577; Type: PISTOL; S/N: 644-06222
Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: P229; Caliber: 40; Type: PISTOL; S/N: 55E068151
Firearm; Manufacturer: GLOCK GMBH; Model: G37; Caliber: 45; Type: PISTOL; S/N: BXDY840
Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: GV082712

Firearm; Manufacturer: SABATTI & TANFOGLIO; Model: Defiant; Caliber: 38; Type: PISTOL; S/N: IFG06612

Firearm; Manufacturer: FNH USA, LLC; Model: 509C; Caliber: 9; Type: PISTOL; S/N: GKS0352158

Firearm; Manufacturer: GLOCK GMBH; Model: 34; Caliber: 9; Type: PISTOL; S/N: AGDR282

Firearm; Manufacturer: WALTHER; Model: PPX; Caliber: 9; Type: PISTOL; S/N: FAS0157

Firearm; Manufacturer: GLOCK GMBH; Model: 17L; Caliber: 9; Type: PISTOL; S/N: CECT146

Firearm; Manufacturer: GLOCK GMBH; Model: 19X; Caliber: 9; Type: PISTOL; S/N: CEZU993

Firearm; Manufacturer: Canik ;Model: Mete SFX Sketch; Caliber: 9; Type: PISTOL; S/N: 24BY 10658

Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: TOG051

Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: ESB471

Firearm; Manufacturer: COLT; Model: EL PRESIDENTE; Caliber: 38; Type: PISTOL; S/N: ELP420

Firearm; Manufacturer: COLT; Model: El Compadre; Caliber: 38; Type: PISTOL; S/N: 219ECB

Firearm; Manufacturer: Beretta; Model: 92; Caliber: 38; Type: PISTOL; S/N: BER855605

Firearm; Manufacturer: Beretta; Model: 92; Caliber: 38; Type: PISTOL; S/N: BER855584

Firearm; Manufacturer: WALTHER; Model: PK; Caliber: 9; Type: PISTOL; S/N: AB158732

Firearm; Manufacturer: F.N. (FN HERSTAL); Model: SCAR 15P; Caliber: MULTI; Type: PISTOL; S/N: SCP06077

Firearm; Manufacturer: KRISS USA INC. (TRANSFORMATIONAL DEFENSE IND); Model: KRISS VECTOR SDP G2;

Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 16168203

Firearm; Manufacturer: DANIEL DEFENSE INC.; Model: DDM4; Caliber: MULTI; Type: RIFLE; S/N: DDM4536380

Firearm; Manufacturer: FRANKLIN ARMORY; Model: FAI-15; Caliber: MULTI; Type: RIFLE; S/N: A-39900

Firearm; Manufacturer: IWI; Model: UZI; Caliber: 9; Type: RIFLE; S/N: U0000199

Firearm; Manufacturer: COLT; Model: GOVERNMENT; Caliber: 38; Type: PISTOL; S/N: FX52984

Firearm; Manufacturer: FREEDOM ORDNANCE MFG; Model: FX-9; Caliber: 9; Type: PISTOL; S/N: 065839

Firearm; Manufacturer: DANIEL DEFENSE INC.; Model: DDM4; Caliber: MULTI; Type: RIFLE; S/N: DDM4594112

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: WASR; Caliber: 9; Type: PISTOL; S/N: RON2158303

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: WASR; Caliber: 762; Type: PISTOL; S/N:

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: MINI DRACO; Caliber: 762; Type: PISTOL; S/N:

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: DRACO; Caliber: 9; Type: PISTOL; S/N:

Firearm; Manufacturer: PALMETTO STATE ARMORY; Model: PA-15; Caliber: MULTI; Type: PISTOL; S/N: DCSF916163

Firearm; Manufacturer: ZASTAVA; Model: M70; Caliber: 762; Type: RIFLE; S/N: Z70-176155

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: SIG MCX; Caliber: MULTI; Type: RIFLE; S/N: 63J059373

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: WASR; Caliber: 762; Type: RIFLE; S/N:

Firearm; Manufacturer: RILEY DEFENSE, INC.; Model: RAK 47; Caliber: 762; Type: RIFLE; S/N: B62151

Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 23-102413

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX; Caliber: MULTI; Type: RIFLE; S/N: 63J054492

Firearm; Manufacturer: KELTEC, CNC INDUSTRIES, INC.; Model: R50; Caliber: 57; Type: RIFLE; S/N: TT1044

Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: 556; Type: RIFLE; S/N: DB2684839

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MCX RATTLER; Caliber: MULTI; Type: PISTOL; S/N: 63J041377

Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: PANTHER; Caliber: MULTI;

Firearm; Manufacturer: HK; Model: SP5; Caliber: 9; Type: PISTOL; S/N: 271-026255

Firearm; Manufacturer: MILITARY ARMAMENT CORP; Model: MAC; Caliber: 9; Type: PISTOL; S/N: TG161-24AE01706

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: MPX; Caliber: MULTI; Type: PISTOL; S/N: 62H035445

Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DP-15; Caliber: MULTI; Type:

Firearm; Manufacturer: KELTEC, CNC INDUSTRIES, INC.; Model: SUB 2000; Caliber: 9; Type: PISTOL; S/N: FHGM78

Firearm; Manufacturer: CZECH WEAPONS SRO; Model: CSV-9; Caliber: 9; Type: PISTOL; S/N: CSV-2022-1211

Firearm; Manufacturer: GREAT LAKES FIREARMS & AMMO, LLC; Model: GL-15; Caliber: MULTI; Type: PISTOL; S/N:

Firearm; Manufacturer: Springfield Armory ;Model: KUNA; Caliber: 9; Type: PISTOL; S/N: BFKS00891

Firearm; Manufacturer: GREAT LAKES FIREARMS & AMMO, LLC; Model: GL-15; Caliber: MULTI; Type: PISTOL; S/N:

Firearm; Manufacturer: Q, LLC; Model: SUGAR WEASEL; Caliber: MULTI; Type: PISTOL; S/N: MB01529

Firearm; Manufacturer: F.N. (FN HERSTAL); Model: PS90; Caliber: 57; Type: RIFLE; S/N: FN165296

Firearm; Manufacturer: American Tactical ;Model: GSG-MP40 P; Caliber: 9; Type: PISTOL; S/N: E004202

Firearm; Manufacturer: RUGER; Model: AR-556; Caliber: 556; Type: RIFLE; S/N: 854-34997

Firearm; Manufacturer: Colt ;Model: M16A1; Caliber: 556; Type: RIFLE; S/N: HR2007765

Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TK64069

Firearm; Manufacturer: GLOCK INC.; Model: 17CGEN4; Caliber: 9; Type: PISTOL; S/N: BGMT957

Firearm; Manufacturer: SAVAGE; Model: MSR-15; Caliber: 556; Type: RIFLE; S/N: 10-012913

Firearm; Manufacturer: BLACK RAIN ORDNANCE INC.; Model: FALLOUT 15; Caliber: MULTI; Type: RIFLE; S/N:

Firearm; Manufacturer: POF USA (PATRIOT ORDNANCE FACTORY); Model: P-15; Caliber: MULTI; Type: RIFLE; S/N:

Firearm; Manufacturer: Iron City ;Model: HATCHET; Caliber: MULTI; Type: RIFLE; S/N: 21-0229

Firearm; Manufacturer: CANIK55; Model: TP-9; Caliber: 9; Type: PISTOL; S/N: T6472-19BN01384

Firearm; Manufacturer: Palmetto State Armory ;Model: Dagger; Caliber: 9; Type: PISTOL; S/N: SZ042830

Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TW20958

Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 556; Type: RIFLE; S/N: TL17894

Firearm; Manufacturer: US Arms Company ;Model: PATRIOT 15; Caliber: MULTI; Type: RIFLE; S/N: US04608

Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 20-033457

Firearm; Manufacturer: American Tactical ;Model: HYBRID; Caliber: 556; Type: RIFLE; S/N: NS415141

Firearm; Manufacturer: HIPOINT; Model: 995; Caliber: 9; Type: RIFLE; S/N: F150581

Firearm; Manufacturer: Masterpiece Arms ;Model: MPA 30T GRIM REAPER; Caliber: 9; Type: PISTOL; S/N: FX48032

Firearm; Manufacturer: DIAMONDBACK ARMS INC.; Model: DB-15; Caliber: MULTI; Type: RIFLE; S/N: DB2970503

Firearm; Manufacturer: ANDERSON MANUFACTURING; Model: AM-15; Caliber: MULTI; Type: RIFLE; S/N: 23095023

Firearm; Manufacturer: FNH ;Model: SCAR; Caliber: MULTI; Type: RIFLE; S/N: H1C24367

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: M107A1; Caliber: 50 BMG; Type: RIFLE; S/N: AE010987

Firearm; Manufacturer: OHIO ORDNANCE WORKS; Model: M240 SLR; Caliber: 762; Type: RIFLE; S/N: 241490

Firearm; Manufacturer: Ohio Ordnance ;Model: M2-SLR; Caliber: .50; Type: RIFLE; S/N: 850602

Firearm; Manufacturer: RUGER; Model: P95DC; Caliber: 9; Type: PISTOL; S/N: 312-35067

Firearm; Manufacturer: GLOCK INC.; Model: 43X; Caliber: 9; Type: PISTOL; S/N: BMGY822

Firearm; Manufacturer: SCCY INDUSTRIES, LLC (SKYY IND.); Model: CPX-2; Caliber: 9; Type: PISTOL; S/N: C321061

Firearm; Manufacturer: GLOCK INC.; Model: 21; Caliber: 45; Type: PISTOL; S/N: UBR092

Firearm; Manufacturer: FNH USA, LLC; Model: 509; Caliber: 9; Type: PISTOL; S/N: GKS0342663

Firearm; Manufacturer: SMITH & WESSON; Model: BODYGUARD; Caliber: 380; Type: PISTOL; S/N: EJT7542

Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: PISTOL; S/N: 25-015866

Firearm; Manufacturer: SMITH & WESSON; Model: M&P 15; Caliber: 57; Type: PISTOL; S/N: PJY9634

Firearm; Manufacturer: Smith & Wesson ;Model: M&P; Caliber: 9; Type: PISTOL; S/N: SBH9492

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 10; Type: PISTOL; S/N: T6368-23-FF01585

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 10; Type: PISTOL; S/N: T6368-23-FF01742

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE02156

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE02292

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE02303

Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 9; Type: PISTOL; S/N: T6368-24-DU00217
Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE02304
Firearm; Manufacturer: GERMAN SPORTS GUNS; Model: GSG-1911; Caliber: 22; Type: PISTOL; S/N: A945399
Firearm; Manufacturer: F.N. (FN HERSTAL); Model: P590; Caliber: 57; Type: RIFLE; S/N: FN165293
Firearm; Manufacturer: MASTERPIECE ARMS; Model: MPA; Caliber: 9; Type: PISTOL; S/N: FX54728
Firearm; Manufacturer: PPMS; Model: DR-10; Caliber: MULTI; Type: RIFLE; S/N: DR10-006653
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: UNKNOWN; Type:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 38; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 38; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 38; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: Melik; Caliber: UNKNOWN; Type:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: DERYA ARMS (DERYA SILAH SANAYI); Model: Melik; Caliber: 9; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 10; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 10; Type: PISTOL; S/N:
Firearm; Manufacturer: ROCK ISLAND ARMORY INC. (GENESEO, IL); Model: 1911; Caliber: 10; Type: PISTOL; S/N:
Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: PISTOL; S/N: 25-025144
Firearm; Manufacturer: Colt; Model: Delta; Caliber: 10; Type: PISTOL; S/N: DS48878
Firearm; Manufacturer: GIRSAN; Model: 19 Witness; Caliber: 10; Type: PISTOL; S/N: T6368-24-GB00359
Firearm; Manufacturer: GIRSAN; Model: MCP35; Caliber: 9; Type: PISTOL; S/N: T6369-24EU00883
Firearm; Manufacturer: GIRSAN; Model: MCP35; Caliber: 9; Type: PISTOL; S/N: T6368-24EU00885
Firearm; Manufacturer: TISAS - TRABZON GUN INDUSTRY CORP.; Model: 1911A1; Caliber: 45; Type: PISTOL; S/N:
Firearm; Manufacturer: GIRSAN; Model: MC 1911 S; Caliber: 38; Type: PISTOL; S/N: T6368-24-GE0202147
Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 9; Type: PISTOL; S/N: T6368-24DU00238
Firearm; Manufacturer: GIRSAN; Model: MC 1911; Caliber: 38; Type: PISTOL; S/N: T6368-25GE00006
Firearm; Manufacturer: GIRSAN; Model: WITNESS 2311S; Caliber: 45; Type: PISTOL; S/N: T6368-24FM00056
Firearm; Manufacturer: GIRSAN; Model: Witness; Caliber: 45; Type: PISTOL; S/N: T6368-24FM00044
Firearm; Manufacturer: GIRSAN; Model: Witness; Caliber: 45; Type: PISTOL; S/N: T6368-24FM00061
Firearm; Manufacturer: GIRSAN; Model: REGARD MC; Caliber: 9; Type: PISTOL; S/N: T6368-24A01920
Firearm; Manufacturer: GIRSAN; Model: MCP35 OPS; Caliber: 9; Type: PISTOL; S/N: T6368-23FA01978
Firearm; Manufacturer: GIRSAN; Model: REGARD MC; Caliber: 9; Type: PISTOL; S/N: T6368-24A01908
Firearm; Manufacturer: GIRSAN; Model: MCP35 OPS; Caliber: 9; Type: PISTOL; S/N: T6368-23FA00979
Firearm; Manufacturer: GIRSAN; Model: MCP35; Caliber: 9; Type: PISTOL; S/N: T6368-23FA00974
Firearm; Manufacturer: FREEDOM ORDNANCE MFG; Model: FX-9; Caliber: 9; Type: PISTOL; S/N: 70503
Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: PISTOL;
Firearm; Manufacturer: HK; Model: SP5; Caliber: 9; Type: PISTOL; S/N: 271-034499
Firearm; Manufacturer: ROCK ISLAND ARMORY; Model: M19911 AIFS; Caliber: 10; Type: PISTOL; S/N: TA2002880
Firearm; Manufacturer: ROCK ISLAND ARMORY; Model: M1911; Caliber: 10; Type: PISTOL; S/N: TA2002877
Firearm; Manufacturer: ROCK ISLAND ARMORY; Model: M19911 AIFS; Caliber: 10; Type: PISTOL; S/N: TA2002850
Firearm; Manufacturer: ROCK ISLAND ARMORY; Model: M19911 AICS; Caliber: 45; Type: PISTOL; S/N: RIA2841247
Firearm; Manufacturer: ROCK ISLAND ARMORY; Model: M1911; Caliber: 45; Type: PISTOL; S/N: RIA2841240
Firearm; Manufacturer: ROCK ISLAND ARMORY; Model: M1911; Caliber: 45; Type: PISTOL; S/N: RIA2780228
Firearm; Manufacturer: ROMARM/CUGIR; Model: WASR-M; Caliber: 9; Type: RIFLE; S/N: RON2156690
Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: FNH USA, LLC; Model: FN 15; Caliber: MULTI; Type: RIFLE; S/N: FNA027276

Firearm; Manufacturer: SIG SAUER (SIG-ARMS); Model: CROSS; Caliber: MULTI; Type: RIFLE; S/N: 70G012710

Firearm; Manufacturer: ROMARM/CUGIR; Model: DRACO; Caliber: 762; Type: PISTOL; S/N: 24PMD-61249

Firearm; Manufacturer: RADICAL FIREARMS, LLC; Model: RF-15; Caliber: MULTI; Type: RIFLE; S/N: 25025406

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: PISTOL; S/N: SV7164095

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: PISTOL; S/N: SV7160825

Firearm; Manufacturer: DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES); Model: DP-15; Caliber: MULTI; Type:

Firearm; Manufacturer: ZRODELTA (CSJB HOLDINGS, INC.); Model: READY SERIES; Caliber: MULTI; Type: PISTOL;

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: RIFLE; S/N:

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: OMNI HYBRID; Caliber: MULTI; Type: RIFLE; S/N:

Firearm; Manufacturer: PIONEER ARMS CORPORATION (RADOM, POLAND); Model: HELLPUP; Caliber: 762; Type:

Firearm; Manufacturer: ROMARM/CUGIR; Model: MICRO DRACO; Caliber: 762; Type: PISTOL; S/N: 24PMD-55178

Firearm; Manufacturer: GLOCK GMBH; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKMU070

Firearm; Manufacturer: GLOCK GMBH; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKMT002

Firearm; Manufacturer: GLOCK GMBH; Model: 43X; Caliber: 9; Type: PISTOL; S/N: AKRV385

Firearm; Manufacturer: GLOCK GMBH; Model: 43X; Caliber: 9; Type: PISTOL; S/N: CEAZ094

Firearm; Manufacturer: GLOCK GMBH; Model: 43X; Caliber: 9; Type: PISTOL; S/N: CEAZ099

Firearm; Manufacturer: GLOCK GMBH; Model: 25; Caliber: 380; Type: PISTOL; S/N: AHUK365

Firearm; Manufacturer: RUGER; Model: LCP; Caliber: 380; Type: PISTOL; S/N: 379133999

Firearm; Manufacturer: BERETTA USA CORP; Model: M9A4; Caliber: 9; Type: PISTOL; S/N: BER870998

Firearm; Manufacturer: HS PRODUKT (IM METAL); Model: Kuna; Caliber: 9; Type: PISTOL; S/N: BKKS00895

Firearm; Manufacturer: CENTURY ARMS INTERNATIONAL; Model: VSKA; Caliber: 762; Type: RIFLE; S/N: SV7160779

Firearm; Manufacturer: CANIK55; Model: TP9; Caliber: 9; Type: PISTOL; S/N: T647219AT10884

Firearm; Manufacturer: SMITH & WESSON; Model: SD9VE; Caliber: 9; Type: PISTOL; S/N: FYU1961

Firearm; Manufacturer: FNH USA, LLC; Model: 509; Caliber: 9; Type: PISTOL; S/N: GKS0291631

Firearm; Manufacturer: AMERICAN TACTICAL IMPORTS - ATI; Model: FXS-9; Caliber: 9; Type: PISTOL; S/N:

Firearm; Manufacturer: TAURUS INTERNATIONAL; Model: P2140 PRO; Caliber: 40; Type: PISTOL; S/N: SZL70249

Firearm; Manufacturer: BARRETT FIREARMS MFG CO; Model: M107A1; Caliber: 50 BMG; Type: RIFLE; S/N: AEO13112

Firearm; Manufacturer: OHIO ORDNANCE WORKS; Model: M2-SLR; Caliber: 50; Type: RIFLE; S/N: 850623

Firearm; Manufacturer: GIRSAN; Model: MC 1911 C; Caliber: 10; Type: PISTOL; S/N: T6368-23FF01749

Firearm; Manufacturer: GIRSAN; Model: MC 1911 S; Caliber: 38; Type: PISTOL; S/N: T6368-24GE02306

Firearm; Manufacturer: GIRSAN; Model: MC 1911 S; Caliber: 38; Type: PISTOL; S/N: T6368-24GE02291

Firearm; Manufacturer: KELTEC, CNC INDUSTRIES, INC.; Model: P17; Caliber: 22; Type: PISTOL; S/N: 24G7A28

Firearm; Manufacturer: F.N. (FN HERSTAL); Model: FIVE-SEVEN MK3; Caliber: 57; Type: PISTOL; S/N: 386436314

Financial Instrument: Physical Currency; $11,777.00 (USD); $100 - $7,400 (74)

$50 - $250 (5)

$20 - $2,960 (148)

$10 - $530 (53)

$5 - $485 (97)

$2 - $2 (1)

$1 - $150 (150)

Black and gray "PNY" 256 GB USB

Black Sony Lapton S/N *54143268 3002773*

Document; Qty: 4 EA; Three (3) notebooks and one (1) group of loose miscellaneous paperwork pertaining to

Document; Qty: 14 EA; Fourteen (14) file boxes containing FFL Baseline Pawn documents and records.
Electronic Hardware: Digital Video Recorder (DVR); Qty: 1 EA; Ortex DVR, model: COR-IPN32-P32H8, S/N:
Electronic Hardware: Computer; Qty: 1 EA; Dell, Intel Core i7 Vpro 7Gen, #H2NVVP2
Electronic Hardware: Computer; Qty: 1 EA; Dell, Intel Inside Core i5, #03307-506-951-965
Electronic Hardware: Computer; Qty: 1 EA; Dell, Intel Inside Core i5, #03307-506-951-964
Electronic Hardware: Computer; Qty: 1 EA; HP, Ryzen 3, #2MO1111YBW
Electronic Hardware: Computer; Qty: 1 EA; Dell, D03S, NSN
Electronic Hardware: Computer; Qty: 1 EA; Cortex, COR-IPN32-P32H8, #20191202020029
Electronic Hardware: Mobile Device; Qty: 1 EA; Black Apple iPhone with clear case belonging to Gustavo CANO
Electronic Hardware: Mobile Device; Qty: 1 EA; White Apple iPhone belonging to Mario BECERRA
Electronic Hardware: Computer; Qty: 1 EA; Black Dell Latitude 7490 laptop S/N: CMY27S2 and black charger,
Electronic Hardware: Mobile Device; Qty: 1 EA; Cell Phone belonging to Freddy GRANADO
Ammunition: QTY: 20 Rounds; Manufacturer: FN (FNH); Caliber: 57